UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOA DUC NGUYEN,

    Petitioner,

v.

MARCOS CHARLES,

    Respondent.

No. 1:25-cv-1592 TLN CSK P

ORDER

    Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner paid the Court's filing fee, but also filed a motion to proceed in forma pauperis. (ECF No. 2.)

    Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

    Petitioner filed a motion for appointment of counsel on November 19, 2025. (ECF No. 3.) In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). The court will appoint the Federal Public Defender to represent petitioner throughout the course of all proceedings in this court.

    On November 21, 2025, the district court issued a briefing order on petitioner's request for injunctive relief, construed as a request for temporary restraining order. (ECF No. 6.)

1

Respondent's opposition is due November 26, 2025; petitioner's reply, if any, is due December 3, 2025.  (Id.)

Once the district court has ruled on petitioner's motion for temporary restraining order, this Court will address briefing on the underlying petition for writ of habeas corpus under 28 U.S.C. § 2241.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is granted.

2. Petitioner's motion for appointment of counsel (ECF No. 3) is granted.

3. The Federal Defender is appointed to represent petitioner.

4. The Clerk of the Court shall serve a copy of this order and the petition (ECF No. 1) on the Federal Defender, Attention:  Habeas Appointment.

DATED: 11/24/25

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

./1/nguy110a.imm

2