UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HOA DUC NGUYEN,

Petitioner,

v.

MARCOS CHARLES, et al.,

Respondents.

No.  1:25-cv-01592-TLN-CSK

**ORDER**

Petitioner Hoa Duc Nguyen ("Petitioner"), an immigration detainee represented by counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 11, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed February 11, 2026 (ECF No. 26) are adopted;

2. Respondents' motion to dismiss (ECF No. 21) is denied without prejudice; and

3. Respondents' request to lift the preliminary injunction (ECF No. 24) is denied without prejudice.

IT IS SO ORDERED.

Date: February 24, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE